**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TEKEVA D. SHAW,<br>Plaintiffs,<br>v.<br><br>RETZER, LLC,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-02368-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's pro se Complaint (ECF No. 1), filed March 31, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Adopting Report and Recommendation and Dismissing Complaint With Prejudice (ECF No. 15), filed October 30, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 30, 2026
Date